No. 210. GARVIN ET AL. *v.* PETTIGREW. Supreme Court of Oklahoma. Certiorari denied. *Lee Welch* for petitioners. *Walton Stanley Allen* for respondent. 

No. 213. STICE *v.* KANSAS EX REL. ANDERSON. Supreme Court of Kansas. Certiorari denied. *Carl W. Berueffy* and *Robert F. Bailey* for petitioner. 

No. 214. AMERICAN STEVEDORES, INC., *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *Bern Budd* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States. 

No. 215. JOSEPH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Stanford Shmukler* and *Jacob Kossman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States. 

No. 204. TURAJLICH ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Rufus King, Downey Rice* and *Harry Alan Sherman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 202. ANDERSON ET AL. *v.* COUNTY BOARD OF SCHOOL TRUSTEES OF McHENRY COUNTY, ILLINOIS, ET AL. Supreme Court of Illinois. Certiorari denied. *Hugh M. Matchett* and *John P. Burita* for petitioners. *Harry C. Kinne, Jr.* for County Board of School Trustees of McHenry County, Illinois, respondent.